UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBY MOODY,

    Plaintiff,

v.                                                  Case No. 8:06-cv-368-T-24TBM

MERCK & CO., INC., et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the Defendant's Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. No. 6). Upon consideration, it is ORDERED AND ADJUDGED that:

(1) Defendant's Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. No. 6) is **GRANTED**;

(2) This matter is **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation;

(3) The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case; and

(4) Either party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of March, 2006.

SUSAN C. BUCKLEW
United States District Judge